GEORGE PETKINIC, Plaintiff, *v.* MARC EIDLITZ & SON, INC., Appellant, and EDWARD J. McGRATTY et al., Copartners under the Firm Name of McGRATTY & SON, Respondents.

(Argued November 21, 1934; decided December 7, 1934.)

438

*H. H. Brown* and *E. C. Sherwood* for appellant.
*James A. Nooney* and *Ralph O. L. Fay* for respondents.
Judgment affirmed, with costs; no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.